Stefania Schultz, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order unanimously affirmed by default, with costs. Present— Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Scranton and Lehigh Coal Company, Respondent, v. Fiss, Doerr & Carroll Horse Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The Troy Laundry Machinery Company, Limited, Respondent, v. Samuel Schlesinger, etc., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Wodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Amelia Vogt, Appellant, v. Solomon S. Schwartz, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Avery M. Walsh, Appellant, v. Edward G. Vail, Jr., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Mary Wetzel, Respondent, v. Innocenza Livoti, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

William H. White, Respondent, v. Isabel Blauvelt, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Philip Wolf, Appellant, v. Frank Pindyck, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles H. Zenner, Respondent, v. Mary M. Ward, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Minnie Adlin, as Administratrix, etc., of Elimelech Adlin, Deceased, Plaintiff, v. The Excelsior Brick Company, of Haverstraw, New York, and Others, Defendants.— Motion for reargument as to the defendants Everett Fowler and Lucien Washburn granted, and case set down for Tuesday, April 20, 1909. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Michael E. Finnigan for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Percy L. Housel for License and Admission to Practice as an Official Examiner of Title.— Application granted and bond approved. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Zachary T. Young for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

The People of the State of New York ex rel. Mary H. Cunningham and Others, and Another, Respondents, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes

of 1900.)— Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. Mary H. Cunningham and Others, Respondents, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1901.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. Mary H. Cunningham and Another, Respondents, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1902.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. American Manufacturing Company, Respondent, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1903.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. American Manufacturing Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1904.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. The American Manufacturing Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1905.) — Motion denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Eugene A. Rudiger and John M. Rudiger, Appellants, v. James S. Coleman and Others, Respondents.— Motion for reargument denied, with costs. Present Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Lewis Blanthorne, Respondent, v. Ferdinand Welscheck and Katharine Welscheck, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Alphonse Bombard, Respondent, v. Village of Nyack, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Borgia Marble Works, Appellant, v. Rosalia Lotardo and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Borgia Marble Works, Appellant, v. Agostino Arculeo and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Buckley, Woodhull & Burns, Incorporated, Appellant, v. Henry Steers, Incorporated, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.